# Court of Appeals
# of the State of Georgia

ATLANTA,  April 21, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1211. WHITTENBURG v. WALRAVEN.**

This appeal was docketed on March 21, 2023. Appellant has failed to comply with this Court's notice of docketing by filing a brief containing an enumeration of errors within 20 days after the appeal was docketed.[1] Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/21/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.

---

[1] See Court of Appeals Rules 13 and 23 (a).